JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WATSON, | Case No. 2:20-cv-08018-JWH-JPRx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses personal jurisdiction over the parties and subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a)(1).

2. Fictitiously named Defendants Does 1–10 are **DISMISSED**.

3. Defendant Old Dominion Freight Line, Inc. shall have **JUDGMENT** in its favor, and against Plaintiff Adam Watson. Plaintiff shall take nothing by way of its complaint. This action is **DISMISSED**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 28, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE